UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LAWRENCE T. JONES,**

       **Plaintiff,**

**v.**                                               **Case No: 6:18-cv-1782-Orl-41TBS**

**COORS BREWING COMPANY,**

       **Defendant.**

                                                 /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion for Permission to Appeal In Forma Pauperis ("Motion," Doc. 27). United States Magistrate Judge Thomas B. Smith issued a Report and Recommendation (Doc. 29), in which he recommends that the Motion be denied. Subsequently, Plaintiff filed a second motion, titled "Request for Leave to Appeal In Forma Pauperis" (Doc. 30), and Judge Smith issued a second Report and Recommendation (Doc. 31), also recommending denial. Plaintiff filed an Objection (Doc. 32) to both Report and Recommendations.

Plaintiff's Objection appears to recognize that Florida law does not support his legal position, but instead argues that the Court should change the law. (*Id.* at 1–2). This Court cannot make or change Florida law. Therefore, after a *de novo* review, the Court agrees with the analyses in the Report and Recommendations. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendations (Doc. Nos. 29 & 31) are **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Permission to Appeal In Forma Pauperis (Doc. 27) and Request for Leave to Appeal in Forma Pauperis (Doc. 30) are **DENIED**.

**DONE** and **ORDERED** in Orlando, Florida on June 24, 2019.



Copies furnished to:

Counsel of Record
Unrepresented Party